IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| RICHARD CIRIMELE, | ) | |
| | ) | Civil No. 06-1133-ST |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HARLEY G. LAPPIN, et al., | ) | ORDER TO DISMISS |
| | ) | |
| Defendants. | ) | |

JONES, District Judge.

On September 18, 2006, the court dismissed plaintiff's Complaint, without service of process, on the basis that it fails to state a claim. Plaintiff was given thirty days in which to file an amended complaint setting forth a cognizable claim. Plaintiff was also advised that failure to submit an amended complaint within the time allotted would result in the dismissal of this case, with prejudice.

1 - ORDER TO DISMISS

Plaintiff has failed to file an amended complaint. Accordingly, IT IS ORDERED that this action is DISMISSED, with prejudice.

IT IS SO ORDERED.

DATED this <u>4th</u> day of December, 2006.

                              <u>/s/ Robert E. Jones</u>
                                  Robert E. Jones
                                  United States District Judge